United States District Court
Southern District of Texas
**ENTERED**
September 25, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| EVARISTO HERNANDEZ JIMENEZ, | § | |
| | § | |
| Petitioner, | § | |
| | § | CIVIL ACTION NO. H-26-3611 |
| vs. | § | |
| | § | |
| WARDEN, Joe Corley Processing Center, *et al.*, | § | |
| | § | |
| | § | |
| Respondents. | § | |
| | § | |

**ORDER**

The petitioner, Evaristo Hernandez Jimenez, filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241 challenging his continued detention. (Docket Entry No. 1). On July 9, 2026, the respondent filed a Notice stating that the respondents planned to remove the petitioner to Honduras five days from the date of the notice.[1] (Docket Entry No. 12).

**No later than September 30, 2026**, counsel for the petitioner must provide the court with a status update explaining whether the petitioner is still in custody or whether this habeas petition is moot because the petitioner is no longer in custody.

SIGNED on September 25, 2026, at Houston, Texas.

Lee H. Rosenthal
Senior United States District Judge

[1] Review of ICE's *Online Detainee Locator System* indicates that Hernandez Jimenez is not currently in ICE custody. The location of an individual in ICE custody may be found by searching for that person by their A-number and country of birth at ICE's Online Detainee Locator System website, available at https://locator.ice.gov/odls/#/search (last visited Sept. 24, 2026).