United States District Court
Southern District of Texas
**ENTERED**
October 14, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| EVARISTO HERNANDEZ JIMENEZ,<br><br>Petitioner,<br><br>vs.<br><br>WARDEN, Joe Corley Processing Center, *et al.*,<br><br>Respondents. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. H-26-3611 |

## ORDER OF DISMISSAL

The petitioner, Evaristo Hernandez Jimenez, filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241 challenging his detention by officials with the United States Department of Homeland Security, Immigration and Customs Enforcement (ICE). On September 29, 2026, petitioner's counsel filed a Status Update stating that the petitioner was granted voluntary departure from the United States and is no longer in immigration custody. (Docket Entry No. 14). Because the petitioner is no longer in custody, this habeas action is moot.

The court **orders** that this case is **dismissed without prejudice**. Any pending motions are **denied** as moot.

SIGNED on October 8, 2026, at Houston, Texas.

Lee H. Rosenthal
Senior United States District Judge